ORIGINAL

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 5/31/11
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------X

CGM APPLIED SECURITY TECHNOLOGIES, INC., :
a Delaware Corporation and ALLIED SECURITY
INNOVATIONS, INC., a New Jersey Corporation, :

                     Plaintiffs,    :

        -against-    :    11 Civ. 0877 (LLS)

ERIK HOFFER; CGM SECURITY SOLUTIONS, INC., :    **JUDGMENT**
a Florida Corporation d/b/a RIG SECURE INC.;
NAVATECH CONTAINER SECURITY, LLC, a Florida :
Limited Liability Company; NAVATECH USA,
LLC, a Florida Limited Liability Company; :
and ELIEZER NAVARSKY,
                                 :
                     Defendants.
                                 :
---------------------------------------X

    The Court having found by order dated April 25, 2011 that

> In light of plaintiffs' judicial admissions that they are in default in payment of their final obligation and in default of the February 28, 2011 interest payment under the May 16, 2008 promissory note, and it being apparent to the Court that the time to cure these defaults has expired and that plaintiffs have no prospect of making those payments, defendants are entitled forthwith to pursue the remedies available to them under the terms of the various contracts between the parties and the applicable law.

and defendants having moved by notice dated May 18, 2011 for judgment granting its counterclaim for a money judgment in the total sum of $4,075,000 with interest thereon at 9% per year, and there being no opposition, it is

    ORDERED, ADJUDGED AND DECREED that defendant CGM Security Solutions, Inc. recover from plaintiffs CGM Applied Security Technologies, Inc. and Allied Security Innovations, Inc. the sum of $4,075,000, (representing $4,000,000 principal sum due February 28,

2011 together with $70,000 for the quarterly interest payment due February 28, 2011 and $5,000 representing per diem interest thereon to May 18, 2011) plus interest thereon at the rate of 9% per annum, and have execution therefore.

DATED:  New York, New York
        May 27, 2011

                                        *Louis L. Stanton*
                                        LOUIS L. STANTON
                                        U. S. D. J.